STATE OF NORTH CAROLINA v. JAMES E. MELTON

No. 727SC200

(Filed 24 May 1972)

APPEAL by defendant from *Cowper, Judge,* 29 November 1971 Regular Session, WILSON Superior Court.

By separate indictments proper in form defendant was charged with (1) first-degree burglarly and (2) assault with a deadly weapon with intent to kill inflicting serious injuries not resulting in death. When the cases were called for trial defendant through his attorney tendered pleas of the lesser offenses of felonious breaking and entering, wrongful entry and assault with a deadly weapon inflicting serious injury. The trial judge conducted an inquiry as to whether the pleas were freely, understandingly and voluntarily made. Defendant, orally and in writing, answered questions relating to the inquiry following which the court made appropriate findings of fact and adjudicated that the guilty pleas were freely, understandingly and voluntarily made, without undue influence, compulsion or duress, and without promise of leniency.

The court thereupon entered judgments imposing an eight years prison sentence on the breaking and entering charge and a two years prison sentence on the other charges. Defendant appealed from the judgments.

*Attorney General Robert Morgan by Ralf F. Haskell, Associate Attorney, for the State.*

*Narron, Holdford and Babb by Henry C. Babb, Jr., for defendant appellant.*

BRITT, Judge.

Defendant's court appointed counsel states that he has carefully examined the record and proceedings in this case and is unable to assign any error. We too have carefully reviewed the record and find that it is free from error.

The judgments appealed from are

Affirmed.

Judges PARKER and HEDRICK concur.